IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RICARDO SAENZ,<br>　　Plaintiff<br><br>v.<br><br>SAFECO INSURANCE COMPANY<br>OF INDIANA,<br>　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 7:15-cv-00298 |

## JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

The Parties wish to announce that they reached an agreement to settlement in this matter. The Parties anticipate that they will have the settlement finalized within 60 days from today and will file a joint stipulation of dismissal with the Court. Accordingly, the parties ask that all deadlines be abated and that this case be removed from the Court's trial docket.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　David R. Stephens
　　　　　　　　　　　　　　　　　State Bar No. 19146100
　　　　　　　　　　　　　　　　　Southern District No. 21360
　　　　　　　　　　　　　　　　　LINDOW STEPHENS TREAT LLP
　　　　　　　　　　　　　　　　　One Riverwalk Place
　　　　　　　　　　　　　　　　　700 N. St. Mary's Street, Suite 1700
　　　　　　　　　　　　　　　　　San Antonio, Texas 78205
　　　　　　　　　　　　　　　　　Telephone:  (210) 227-2200
　　　　　　　　　　　　　　　　　Facsimile: (210) 227-4602
　　　　　　　　　　　　　　　　　dstephens@lstlaw.com

　　　　　　　　　　　　　　　　　*Counsel for Defendant*

                            ALLAN, NAVA, GLANDER & HOLLAND, PLLC

                            _____
                            William N. Allan, IV
                            State Bar No. 24012204
                            Wes Holland
                            State Bar No. 24007379
                            13409 NW Military Hwy, Suite 300
                            San Antonio, Texas 78231
                            Telephone:  (210) 305-4220
                            Facsimile:  (210) 305-4219
                            serveone@ANGlawfirm.com

                            *Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a copy of the foregoing Joint Notice of Settlement was filed electronically with the United States District Court for the Southern District of Texas, McAllen Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court with ECF notice being sent on this  29th day of **March 2016**, to the following:

William N. Allan, IV
Wes Holland
ALLAN, NAVA, GLANDER & HOLLAND, PLLC
825 W. Bitters Road, Suite 102
San Antonio, Texas 78216

                            _____
                            David R. Stephens